# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TRACY RUSSELL, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | CASE NO. 02-CV-4160-JPG |
| BRIAN HARMS, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

**FRAZIER, Magistrate Judge:**

Third party defendant's motion to compel (Doc. No. 20) violates the September 4, 2002, Order Regarding Discovery (Doc. No. 8) and is ORDERED STRICKEN

**IT IS SO ORDERED.**

DATED: 12/6/02

PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev 8/82)