IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACY RUSSELL and JENNIFER DAVIS, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>BRIAN HARMS and J. DUSTIN KING, )<br>sued individually and in their official capacities )<br>as officers of the Illinois State Police, and )<br>DOUG MAIER, sued individually and in his )<br>official capacity as an officer of the White )<br>County Sheriff's Department, )<br>)<br>Defendants. ) | CASE NO. 02-CV-4160-JPG |

PRESENT: HONORABLE PHILIP M. FRAZIER, U. S. MAGISTRATE JUDGE

DEPUTY CLERK   Karen R Metheney                    COURT REPORTER   N/A

DATE   December 6, 2002                                         LOCATION   Benton

COUNSEL FOR PLAINTIFFS   Pamela S  Lacey

COUNSEL FOR DEFENDANTS   Jeffrey A.  Shuck for Defendants Harms and King,
                                          James C.  Cook for Defendant Maier

### MINUTE ORDER

PROCEEDINGS   Hearing on Motion to Direct State Court to Supply Record

Defendant Maier's Motion to Direct State Court to Supply Record (Document No.  15) is denied.  Plaintiffs are to provide documents in their possession, and counsel shall pursue an alternative means of verifying that the documents provided are all that are in the sealed file.