UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACY RUSSELL and JENNIFER DAVIS,<br><br>    Plaintiffs,<br><br>  v.<br><br>BRIAN HARMS, and J. DUSTIN KING, sued individually and in their official capacities as officers of the Illinois State Police, and DOUG MAIER, sued individually an in his official capacity as an officer of the White County Sheriff's Department,<br><br>    Defendants. | Case No. 02-cv-4160-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count I is entered in favor of defendants Brian Harms, J. Dustin King and Doug Maier and against plaintiffs Tracy L. Russell and Jennifer Davis, and that this case is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Counts II, III and IV are dismissed without prejudice.

NORBERT JAWORSKI

S/Deborah Agans

4/1/04

Approved:   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**