

FILED

APR 2 0 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACY RUSSELL and )<br>JENNIFER DAVIS, )<br> )<br> Plaintiffs-Appellants, )<br> )<br> vs. )<br> )<br>BRYAN HARMS, individually and in his )<br>Official capacity as an officer of the )<br>Illinois State Police, J. DUSTIN KING, )<br>individually and in his official capacity as )<br>an officer of the Illinois State Police, and )<br>DOUG MAIER, individually and in his )<br>official capacity as an officer of the )<br>White County Sheriff's Department, )<br> )<br> Defendants-Appellees. ) | **Appeal to: United States Court of Appeals<br>For the Seventh Circuit**<br><br>**Appeal from: The United States District<br>Court for the Southern District of Illinois**<br><br>**District Court No: 02-4160-JPG**<br><br>**Honorable J. Phil Gilbert** |

## DOCKETING STATEMENT

Now comes Plaintiffs-Appellants, Tracy Russell and Jennifer Davis, by their attorney, Pamela Lacey, and for their Docketing Statement, filed pursuant to Circuit Rule 3, state:

1.     On August 9, 2002, Plaintiffs-Appellants Tracy Russell and Jennifer Davis filed their Complaint against Defendants-Appellees Bryan Harms, J. Dustin King, and Doug Maier in the United States District Court for the Southern District of Illinois, with Count I brought pursuant to 42 U.S.C. §§ 1983 and 1988; Count II asserted a claim under the Illinois Constitution, Count III asserted a claim for conversion under Illinois law, and Count IV asserted a claim for unreasonable intrusion upon the seclusion of another under Illinois law. The jurisdiction of the District Court was founded on 28 U.S.C. §§ 1331, 1343, and 1367.

1

2.     This appeal is from a final judgment and is brought as of right by the Plaintiffs-Appellants pursuant to 28 U.S.C. §1291.

    (i)    The date of entry of the judgment sought to be reviewed was April 1, 2004

    (ii)    There were no motions filed to toll the time within which to appeal.

    (iii)    The Notice of Appeal was filed on April 20, 2004.

3.     By order [Doc. 78] dated April 1, 2004, the District Court granted summary judgment in favor of Defendants Bryan Harms, J. Dustin King, and Doug Maier as to Count I. Pursuant to 28 U.S.C. § 1367(c)(3), the District Court declined to exercise subject matter jurisdiction over Counts II, III, and IV which the District Court dismissed without prejudice.  No claims or parties remain for disposition in the District Court, which entered its separate Judgment against Plaintiffs [Doc. 79] on April 1, 2004.

Respectfully Submitted,
Tracy Russell and Jennifer Davis,
Plaintiffs-Appellants,
By their Attorney,

Pamela Lacey

PAMELA LACEY
Bar No. 06184047
123 East Main
P.O. Box 39
Benton, IL  62812
Tel: 618/439-6300
Fax: 618/439-6120
placey@onemain.com

2

## CERTIFICATE OF SERVICE

I, Pamela Lacey, the undersigned attorney, hereby certify that a copy of the **DOCKETING STATEMENT** was mailed to the following attorney and placed in a mailbox at the United States Post Office in Benton, Illinois, on April 20, 2004.

Counsel of Record for Defendants Bryan Harms and J. Dustin King:

William E. Jarvis
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Tel: 217-782-9026

Counsel of Record for Defendant Doug Maier:

James C. Cook
Walker and Williams, P.C.
4343 West Main Street
Belleville, IL  62226
Tel: 618-277-1000
Fax: 618-233-1637

_____
Pamela Lacey