# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

JUDGMENT - WITH ORAL ARGUMENT

*CERTIFIED COPY*

Date: February 2, 2005

BEFORE:    Honorable JOEL M. FLAUM, Chief Judge

Honorable FRANK H. EASTERBROOK, Circuit Judge

Honorable DIANE S. SYKES, Circuit Judge

No. 04-2065

TRACY RUSSELL and JENNIFER DAVIS,
     Plaintiffs - Appellants

v.

BRYAN HARMS, individually and in his official capacity as an officer of the Illinois State Police, J. DUSTIN KING, individually and in his official capacity as an officer of the Illinois State Police and DOUG MAIER, individually and in his official capacity as an officer of the White County Sheriff's Department,
     Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Illinois
No. 02 C 4160, J. Phil Gilbert, Judge

     The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

(1061-110393)

True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE: February 24, 2005

TO: Norbert G. Jaworski
United States District Court
Southern District of Illinois
301 W. Main Street
Benton, IL  62812

FROM: Gino J. Agnello, Clerk

RE: 04-2065
Russell, Tracy v. Harms, Bryan
02 C 4160, J. Phil Gilbert, Judge

*FILED FEB 25 2005 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE*

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

**ENCLOSED:**                                                **TO BE RETURNED AT LATER DATE:**
[3]     Volumes of pleadings                                 [ ]
[ ]     Loose pleadings                                      [ ]
[1]     Volumes of transcripts                               [ ]
[ ]     Volumes of exhibits                                  [ ]
[ ]     Volumes of depositions                               [ ]
[ ]     In Camera material                                   [ ]
[ ]     Other_____               [ ]

        Record being retained for use                        [ ]
        in Appeal No. _____

Copies of this notice sent to:          Counsel of record
[ ]     United States Marshal
[ ]     United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____                  _____
(1071-120397)                                  Deputy Clerk, U.S. District Court